**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 13-1920

KEVIN R. WHEELER; LISA I. WHEELER,

Plaintiffs - Appellants,

v.

GOVERNMENT NATIONAL MORTGAGE ASSOCIATION (GNMA), a/k/a
Ginnie Mae; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC,
Collectively known as MERS INC and MERS any unknown heirs,
devisees, grantees, creditors, successor in interests, and
other unknown persons, or unknown spouses claiming by,
through and under any of the above named defendants,

Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.  J. Frederick Motz, Senior District
Judge.  (1:13-cv-00745-JFM)

Submitted:  November 19, 2013      Decided:  November 21, 2013

Before WYNN and FLOYD, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Kevin Wheeler, Lisa I. Wheeler, Appellants Pro Se.  Jason Daniel
Medinger, Assistant United States Attorney, Baltimore, Maryland;
John Young Lee, Brian L. Moffet, GORDON FEINBLATT LLC,
Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin R. and Lisa I. Wheeler appeal the district court's orders dismissing their removed civil action to quiet title and denying their motion to vacate that judgment. We have reviewed the record and find no reversible error. Accordingly, while we grant the Wheelers leave to proceed on appeal in forma pauperis, we affirm the district court's orders. See Wheeler v. Gov't Nat'l Mortg. Ass'n, No. 1:13-cv-00745-JFM (D. Md. May 15 & July 22, 2013). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED